# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DM DEBT & COLLECTIONS, INC.,    ) | |
|         ) | |
|     Plaintiff,    ) | |
|         ) | |
|     v.    ) | No. 15-cv-2262 (KBJ) |
|         ) | |
| NVR INCORPORATION T/A RYAN    ) | |
| HOMES, *et al.*,    ) | |
|         ) | |
|     Defendants.    ) | |
|         ) | |

## ORDER DISMISSING CASE
## FOR LACK OF SUBJECT MATTER JURISDICTION

On January 15, 2016, this Court ordered plaintiff DM Debt & Collections, Inc. ("Plaintiff") to show cause by February 4, 2016, why its complaint should not be dismissed for lack of subject matter jurisdiction. (Order to Show Cause, ECF No. 8.) The Order to Show cause explained that the complaint, which alleges diversity jurisdiction, is deficient in that it fails to plead properly the statutory diversity requirements for all parties, and also fails to plead facts establishing the requisite amount in controversy for all parties. (*Id.* at 1.) The Order to Show Cause warned Plaintiff that if it failed to respond and to correct these deficiencies, this Court could dismiss its complaint. At Plaintiff's request, the Court extended the deadline to respond to the Order to Show Cause to February 18, 2016. (Minute Order of Feb. 8, 2016.) This extended deadline has passed, and Plaintiff has failed to respond to the Order to Show Cause or to cure the identified deficiencies.

Accordingly, it is hereby

**ORDERED** that Plaintiff's Complaint is **DISMISSED** without prejudice for lack of subject matter jurisdiction.


DATE:  February 23, 2016                    *Ketanji Brown Jackson*
                                            KETANJI BROWN JACKSON
                                            United States District Judge