THE UNITED STATES DISTRICT COURT

FOR THE DISTRIC OF COLUMBIA

| | |
|---|---|
| DM DEBT & COLLECTIONS | ) Ca 1:15 –CV – 02262 |
| 611 Pennsylvania Avenue, SE | ) |
| Suite 302 | ) |
| Washington, DC 20003 | ) |
| **Plaintiff** | ) |
| V | ) |
| FORRESTER CONSTRUCTION CO. | ) |
| 12231 Park Lawn Drive | ) |
| Rockville, Maryland 20852 | ) |
| & | ) |
| ACCESS DEMOLITION CONTRACTING, Inc. | ) |
| 3437 9th Street | ) |
| Baltimore, Md 21225 | ) |
| & | ) |
| Enviro Solutions, Inc. | ) |
| 11220 Asset Loop | ) |
| Suite 201 | ) |
| Manassas, VA 20109 | ) |
| **Defendants** | ) |

**AMENDED COMPLAINT**

Comes now Plaintiff, by and through undersigned counsel and hereby files the amended complaint, as follows:

1. Jurisdiction is based on 28 USC 1332.
2. The Plaintiff (Hereafter DMD&C) is a DC corporation doing business in the District of Columbia at all times thereto. Its principal place of business is in the District of Columbia, namely at 611 Pennsylvania Avenue, SE Washington, DC  It incorporated in the District of Columbia in October 2010  and has been registered as a DC Corporation at all times

relevant herein. DMD&C performs demolition and dumpster services for construction sites. As a small minority ran business, DMD & C is eligible for minority set aside contracts, so it can compete in the marketplace with large majority owned construction contractors. Under the CBE program, large contractors are required to include small disadvantaged certified business when they bid for DC Construction contracts. The large construction companies usually include the small companies by doing a joint venture with them. Once the large contractor is awarded a contract from the District of Columbia, it must certify to the DC government on a quarterly or monthly basis that it is paying the small disadvantaged company the agreed upon contract amount. The small business joint venture agreement allows the small disadvantaged company to 39 to 50 percent of the total value of the contract. The plaintiff is also entitled to prompt payments under the DC Prompt payment Act, which requires all subcontractors and contractors to be paid promptly. Failure to do so subjects the contractor to reasonable attorney fees, interest and cost.

3. Forrester Construction Company is a Maryland Corporation. Its' principal office is located at 12231 Park lawn Drive, Rockville Maryland 20824. The defendant incorporated in Maryland on August 10, 1988 and have been continuously registered in Maryland as a Maryland corporation, till date. Forrester has have extensive contact with the District of Columbia by doing contracts with the DC Government and by doing business with the plaintiff which is a DC Company. The defendant Forrester also obtained one hundred and forty million dollars in DC government contracts in 2014 and entered into an agreement with the US Attorney office in DC regarding Fraud with DC government contract. Forester also did construction work on United States Supreme Court, Ford's Theater and Kennedy Center, This constitute more than minimum contact with the District of Columbia

4. Access Demolition is a Maryland Corporation. Its principal place of business is 325 Roseler Road Glen Burnie Maryland. They have been registered in the state of Maryland as a corporation since September 2, 2003 and are currently registered as a Maryland Corporation. The defendant has been doing demolition work in the District of Columbia at all times relevant thereto and entered into a contract with the plaintiff who is located in the District of Columbia.

5. Enviro Solutions is a Delaware Corporation. Its principal place of business is 11200 Assets Loop Street, Suite 201, Manassas, VA 20109. It incorporated in Delaware on March 1 2004 and have been registered as a Delaware corporation till date.  It has done waste management and demolition work in the District of Columbia at all times relevant thereto.

6. On or about 2011, the plaintiff entered into a supplies and material agreement with Access to provide construction demolition supplies for a construction site, namely, Scattered Sites and Mayfair mansion projects which are District of Columbia funded low to moderate income housing. Both Harkins Constructions and Forrester were the primary contractors on each specific job. The plaintiff was supposed to be paid ($365, 156, 00) Three hundred Sixty five thousand, one hundred six dollars for the contract. The plaintiff was also supposed to be paid $116,000.00 (one hundred sixteen thousand dollars for completing dumpster services in accordance with the site certified b reports submitted to the Small Business Administration by

the defendants. In accordance with the party's agreement, the plaintiff was to be paid in full upon completion of the contract with Harkins Builder and Defendant Forrester. The project was completed in 2013. The plaintiff thereafter requested her payment due under the contract in the amount of $365,156.00 plus $116,000 from the defendant Forrester and Acess Demolition. Both defendants refused to remit payment to the plaintiff. The amount in controversy is $481,156.00. Although, the defendants never paid the plaintiff any monies under their agreement, the defendants upon information and belief forged the planffi's name on notarized certification document to the District of Columbia Government swearing under oath that the plaintiff had been paid $302,000(Three Hundred and two thousand dollars). The defendants knew this information was false when the put said information on the certified form. They executed said agreement with the intent to commit fraud and they knew or should have known that they were making material misrepresentations and they did so with the intent to deceive the plaintiff and the DC Government. As a result of their conduct, the plaintiff is damaged in that they represented that she was paid by them and she never was paid any monies by them.

7. The defendants Access and Enviro Solutions, Inc. (hereinafter ESI) teamed up with the plaintiff to work on Scattered Sites which is a Harking Building Group Project in the District of Columbia. The project was valued at ($1,000,000) one million dollars. ESI was a subcontractor to Access Demolition on this project. The defendant Access was awarded the DC government contract along with the plaintiff. In accordance with the agreement, the plaintiff was supposed to receive 39 to 50 percent of the value of the aforementioned project. The defendants. Access and ESI, used the plaintiffs line of credit to purchase more than $750, 000 work of demolition equipment. The plaintiff does not know the whereabouts of said equipment nor authorized the same. In fact, the defendants Access and ESI ordered and received demolition equipment and dumpsters from BKW Environmental East which is in New Jersey and Inline Distributing Company which is in California. Said equipment was delivered directly to the defendant Access's warehouse in Baltimore and to Access and ESI construction projects in DC. The defendant ESI and Access failed to pay the invoices for the equipment that they order. Thus, Inline and BKW are asserting that the plaintiff owed them $86.000 for equipment that the defendants ESI and Access purchased in the plaintiff's name without authorization. In addition, ESI also owes the plaintiff $250,000 which represents that plaintiff percentage of the aforementioned contract. Moreover, ESI and Access are indebted to the plaintiff in the amount of $86,000 balance for equipment purchased in the plaintiff name without authorization. The amount in controversy is $336,000 (Three hundred thirty six dollars.

Wherefore, the following the plaintiff prays for the following relief:

Judgment against the defendant s in the amount of $817,156.00 plus attorney fees and cost.

And any and all other relief deemed appropriate by this Court.

                                                                              Respectfully Submitted.

<u>/s/Clarissa Thomas Edwards</u>

Clarissa Thomas Edwards 434607

THE LAW OFFICE OF C THOMAS.CH

2402 L'Enfant Square, SE

Washington, DC 20020

202-546-0638

Counsel for the plaintiff.

<u>**CERTTIFICATE OF SERVICE**</u>

**I, Clarissa Thomas Edwards hereby certify that a copy of this document was served on March 21, 16 to the following persons via on line filing:**

**Nathan Daniel** nda@nqgrg.com

/s/ Clarissa Thomas Edwards