UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DM Debt & Collections, Inc.** )<br>*PLAINTIFF* )<br> )<br>V. )<br> )<br>**NVR Incorporation T/A** )<br>**Ryan Homes, et al.** )<br>*DEFENDANTS* ) | 15-cv-2262 (KBJ) |

### PRAECIPE FOR DISMISSAL OF FORRESTER CONSTRUCTION CO.

The clerk of the court will please mark this matter as dismissed against Forrester Construction Company.

/s/ Clarissa T. Edwards
Clarissa T. Edwards #434607
CTEDWARDS, PC
840 First Street, NE, Third Floor
Washington, DC 20002
(202) 248-5020
Email: ClarissaTEdwards@ctedwardspc.com
*Counsel for DM Debt & Collections, Inc.*


Allison Geewax DC Bar # 1014861
Asmar, Schor, & McKenna, PLLC
5335 Wisconsin Avenue, NW, Suite 400
Washington, DC 20015
Phone: 202-244-4264
Fax: 202-686-3567
AGeewax@asm-law.com
*Counsel for Forrester Construction Company*

## **CERTIFICATE OF SERVICE**

I, Clarissa Edwards, hereby certify that 16th of January, 2018, the foregoing was sent to the following via e-service to:

**Geewax, Allison**
**ageewax@asm-law.com**

**/s/ Clarissa T. Edwards**
Clarissa T. Edwards #434607
