**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DM Debt & Collections, Inc.**           )  | |
|     *PLAINTIFF*           )  | |
|                          )  | |
| **V.**           )  | **15-cv-2262 (KBJ)** |
|                            )  | |
| **ACCESS DEMOLITION CONTRACTING, INC., et al)** | |
|     *DEFENDANT*           ) | |

## PRAECIPE FOR DISMISSAL OF ACCESS DEMOLITION CONTRACTING, INC.

'

The clerk of the court will please mark this matter as dismiss against Access Demolition Contracting, Inc.

**/s/ Clarissa T. Edwards**
Clarissa T. Edwards #434607
CTEDWARDS, PC
840 First Street, NE, Third Floor
Washington, DC  20002
(202) 248-5020
Email: ClarissaTEdwards@ctedwardspc.com
*Counsel for DM Debt & Collections, Inc.*

**/s Nathan D. Adler**
_____
**Nathan Daniel Adler**
NEUBERGER, QUINN, GIELEN, RUBIN & GIBBER, P.A.
One South Street
27th Floor
Baltimore, MD 21202-3298
(410) 332-8516
Fax: 410-332-8594
Email: nda@nqgrg.com
*Counsel for* Access Demolition Contracting*, Inc.*

## **CERTIFICATE OF SERVICE**

I, Clarissa Edwards, hereby certify that 19th of January, 2018, the foregoing was sent to the following via e-service to:

**Nathan Daniel Adler**
**nda@nqgrg.com**

                                                              **/s/ Clarissa T. Edwards**
                                                                 Clarissa T. Edwards #434607